J. AL LATHAM (SB# 071605)
STEPHEN H. HARRIS (SB# 184608)
CAROLINE L. ELKIN (SB# 209156)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendant
AT&T DISABILITY INCOME PLAN (formerly known as SBC DISABILITY INCOME PLAN)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID DAY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SBC DISABILITY INCOME PLAN,<br><br>　　　　Defendant. | CASE NO. C06-01740 JW HRL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TO DECEMBER 4, 2006 OR TO SUCH OTHER DATE AS THE COURT DETERMINES; DECLARATION OF CAROLINE L. ELKIN IN SUPPORT THEREOF**<br><br>Date:　　　December 4, 2006<br>　　　　　　(Case Management Conference)<br>Time:　　　10:00 a.m.<br>Courtroom:　8<br>Judge:　　　Hon. James Ware |

1  Plaintiff David Day and Defendant AT&T Disability Income Plan
2  (formerly known as SBC Disability Income Plan), by and through their respective
3  counsel, hereby stipulate as follows:
4
5  WHEREAS, in the Court's Initial Order Setting Case Management
6  Conference And ADR Deadlines, dated March 7, 2006, this Court scheduled this
7  matter for a Case Management Conference on November 6, 2006 at 10:00 a.m. in
8  Courtroom No. 8;
9  WHEREAS, the parties have discussed their mutual desire to attempt
10 to resolve the case at an early stage and have agreed to attempt private mediation;
11 WHEREAS, the parties have tentatively scheduled a mediation for
12 October 23, 2006; and
13 WHEREAS, the parties agree for the reasons set forth in the attached
14 Declaration of Caroline L. Elkin that they will require additional time to discuss an
15 informal resolution of this matter, and seek to postpone by thirty (30) days each of
16 the currently scheduled dates and deadlines set forth in the Court's Order Setting
17 Scheduling Conference dated December 9, 2005;
18
19
20 NOW THEREFORE, it is hereby stipulated and agreed by Plaintiff
21 and Defendant, by and through their undersigned counsel, that the Initial Order
22 Setting Case Management Conference And ADR Deadlines previously set forth by
23 the Court in the above-captioned matter be revised as follows, or to such other dates
24 as the Court determines:
25

|  | Current Date | New Date |
|---|---|---|
| Last Day for Parties' Planning Meeting | October 16, 2006 | November 13, 2006 |

| pursuant to Rule 26(f) Report of Parties' Planning Meeting | October 30, 2006 | November 27, 2006 |
|---|---|---|
| Case Management Conference | November 6, 2006 @ 10:00 am | December 4, 2006 @ 10:00 am |

   IT IS SO STIPULATED.

DATED: Aug. 29, 2006  J. AL LATHAM
           STEPHEN H. HARRIS
           CAROLINE L. ELKIN
           PAUL, HASTINGS, JANOFSKY & WALKER LLP


           By:_____
              CAROLINE L. ELKIN

           Attorneys for Defendant
           AT&T DISABILITY INCOME PLAN (formerly
           known as SBC DISABILITY INCOME PLAN)

DATED: Aug. __, 2006  MELVYN D. SILVER
           SILVER & TAUBE LAW OFFICES

           By:_____
              MELVYN D. SILVER

           Attorneys for Plaintiff
           DAVID DAY

         [~~PROPOSED~~] ORDER

   IT IS SO ORDERED.

DATED: September 05, 2006  By:_____
             HONORABLE JAMES WARE
             UNITED STATES DISTRICT COURT JUDGE

| | | |
|---|---|---|
| pursuant to Rule 26(f) Report of Parties' Planning Meeting | October 30, 2006 | November 27, 2006 |
| Case Management Conference | November 6, 2006 @ 10:00 am | December 4, 2006 @ 10:00 am |

IT IS SO STIPULATED.

DATED: Aug. 29, 2006    J. AL LATHAM
STEPHEN H. HARRIS
CAROLINE L. ELKIN
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
        CAROLINE L. ELKIN

Attorneys for Defendant
AT&T DISABILITY INCOME PLAN (formerly known as SBC DISABILITY INCOME PLAN)

DATED: Aug. 30, 2006    MELVYN D. SILVER
SILVER & TAUBE LAW OFFICES

By: _____
        MELVYN D. SILVER

Attorneys for Plaintiff
DAVID DAY

## [PROPOSED] ORDER

IT IS SO ORDERED.

DATED:            By: _____
                          HONORABLE JAMES WARE
                          UNITED STATES DISTRICT COURT JUDGE

LEGAL_US_W # 54298186.2                 -3-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE