1  MELVYN D. SILVER (SB# 48674)
   mdsrst@cs.com
2  RUTH SILVER TAUBE (SB# 169589)
   LAW OFFICES OF SILVER & TAUBE
3  300 South First Street, Suite 205
   San Jose, CA  95113
4  Telephone:  (408) 298-9755
   Facsimile:  (408) 298-9699
5  Attorneys for Plaintiff
   DAVID DAY
6
   STEPHEN H. HARRIS (SB# 184608)
7  stephenharris@paulhastings.com
   CAROLINE L. ELKIN (SB# 209156)
8  carolineelkin@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
9  515 South Flower Street
   Twenty-Fifth Floor
10 Los Angeles, CA  90071-2228
   Telephone:  (213) 683-6000
11 Facsimile:  (213) 627-0705
   Attorneys for Defendant
12 AT&T DISABILITY INCOME PLAN
   (formerly known as SBC DISABILITY INCOME PLAN)

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                          SAN JOSE DIVISION

17

18 | DAVID DAY,                          | CASE NO. C06-01740 JW (HRL)
19 |             Plaintiff,              | **JOINT STIPULATION AND [PROPOSED] ORDER FOR RELIEF FROM ORDER/REFERRAL TO ADR PILOT PROGRAM**
20 |      vs.                            |
21 | SBC DISABILITY INCOME PLAN,         |
22 |             Defendant.              |

23

24

25

26

27

28

LEGAL_US_W # 55318566.1

-1-

JOINT STIPULATION AND [PROPOSED] ORDER FOR RELIEF FROM ADR PILOT PROGRAM

1  Plaintiff David Day and Defendant AT&T Disability Income Plan (formerly
2  known as SBC Disability Income Plan), by and through their respective counsel, hereby stipulate
3  as follows:

5  WHEREAS, in their Joint Case Management Statement, dated November 27,
6  2006, the parties jointly requested referral to private mediation as the process for Alternative
7  Dispute Resolution ("ADR");

8  WHEREAS, in their Joint Case Management Statement, the parties informed the
9  Court that they had already attempted private mediation with mediator Michael Loeb on October
10  23, 2006 but were unable to settle on that date;

11  WHEREAS, in the Court's Scheduling Order, dated November 29, 2006, this
12  Court referred the parties to the Court's ADR Program at (415) 522-2199 and ordered that the
13  parties contact the Court's ADR Program to select and schedule the ADR procedure by December
14  15, 2006;

15  WHEREAS, the parties conferred on December 15, 2006 and agreed that they are
16  currently at an impasse and do not believe that further settlement negotiations will prove
17  productive;

18  WHEREAS, defense counsel contacted the Court's ADR Program on December
19  15, 2006 to notify the Court's ADR Program that the parties had already attempted private
20  mediation;

22  ///

24  ///

26  ///

28  ///

-2-

LEGAL_US_W # 55318566.1

JOINT STIPULATION AND [PROPOSED] ORDER FOR RELIEF FROM ADR PILOT PROGRAM

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant that, on
2  approval by the Court:
3
4        The private mediation held on October 23, 2006 satisfies the requirement to
5  attempt alternative dispute resolution and the parties are relieved of their obligation to participate
6  in the Court's ADR Program.
7
8  DATED: Dec. 18, 2006    STEPHEN H. HARRIS
                                      CAROLINE L. ELKIN
9                                        PAUL, HASTINGS, JANOFSKY & WALKER LLP
10
11                                       By: _____
                                                   CAROLINE L. ELKIN
12
                                      Attorneys for Defendant
13                                      AT&T DISABILITY INCOME PLAN (formerly known as
                                     SBC DISABILITY INCOME PLAN)
14 DATED: Dec. 18, 2006    MELVYN D. SILVER
                                      SILVER & TAUBE LAW OFFICES
15
16                                       By: Melvyn D. Silver / CE
                                                  MELVYN D. SILVER
17
                                      Attorneys for Plaintiff
18                                      DAVID DAY
19
20                                [PROPOSED] ORDER
21         IT IS SO ORDERED.
22 DATED: 12/20/2006           By: _____
23                                       HONORABLE JAMES WARE
                                      UNITED STATES DISTRICT COURT JUDGE
24
25
26
27
28

LEGAL_US_W # 55318566.1
JOINT STIPULATION AND [PROPOSED] ORDER FOR RELIEF FROM ADR PILOT PROGRAM

# PROOF OF SERVICE

STATE OF CALIFORNIA           )
                              ) ss:
CITY AND COUNTY OF LOS ANGELES )

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071-2228.

On December 18, 2006, I served the foregoing document(s) described as:

**JOINT STIPULATION AND [PROPOSED] ORDER FOR RELIEF FROM ORDER/REFERRAL TO ADR PILOT PROGRAM**

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

> Melvyn D. Silver
> Silver & Taube
> 300 South First Street
> Suite 205
> San Jose, CA 95113

☐ **VIA OVERNIGHT MAIL:**

VIA _____: By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

☒ **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on December 18, 2006 with postage thereon fully prepaid, at Los Angeles, California.

☐ **VIA PERSONAL DELIVERY:**

I personally delivered such sealed envelope(s) by hand to the offices of the addressee(s) pursuant to CCP § 1011.

☐ **VIA FACSIMILE:**

The facsimile transmission report indicated that the transmission was complete and without error. The facsimile was transmitted to Facsimile # _____ on December 18, 2006 at _____. A copy of that report, which was properly issued by the transmitting machine, is attached hereto. **[Permitted by written agreement of the parties.]**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 18, 2006, at Los Angeles, California.

*/s/ Kareen Romano*
Kareen Romano

LEGAL_US_W # 53664580.1