MELVYN D. SILVER (SB# 48674)
mdsrst@cs.com
RUTH SILVER TAUBE (SB# 169589)
LAW OFFICES OF SILVER & TAUBE
300 South First Street, Suite 205
San Jose, CA  95113
Telephone:  (408) 298-9755
Facsimile:   (408) 298-9699
Attorneys for Plaintiff
DAVID DAY

STEPHEN H. HARRIS (SB# 184608)
stephenharris@paulhastings.com
CAROLINE L. ELKIN (SB# 209156)
carolineelkin@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071-2228
Telephone:  (213) 683-6000
Facsimile:   (213) 627-0705
Attorneys for Defendant
AT&T DISABILITY INCOME PLAN
(formerly known as SBC DISABILITY INCOME PLAN)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID DAY,<br><br>              Plaintiff,<br><br>      vs.<br><br>SBC DISABILITY INCOME PLAN,<br><br>              Defendant. | CASE NO. C06-01740 JW (HRL)<br><br>**JOINT STIPULATION AND [PROPOSED]**<br>**ORDER FOR AMENDMENT TO**<br>**SCHEDULING ORDER** |

-1-

LEGAL_US_W # 55531398.2

1      Plaintiff David Day and Defendant AT&T Disability Income Plan (formerly

2  known as SBC Disability Income Plan), by and through their respective counsel, hereby stipulate

3  as follows:

4

5      WHEREAS, David Day's counsel, Melvyn Silver and Ruth Taube Silver, are

6  retiring, January 31, 2007;

7

8      WHEREAS, Day's counsel has represented to the AT&T Disability Income Plan

9  that new counsel will be substituting in, and additional time is needed for the new counsel to

10  review the file, become familiar with the case, and prepare pleadings;

11

12      WHEREAS, the AT&T Disability Income Plan is willing to provide new counsel

13  with such a continuance;

14

15

16  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant that, on

17  approval by the Court, the Scheduling Order be revised as follows:

18

19  1.    Last Date for Hearing Dispositive Motions:    June 18, 2007

20  2.    Preliminary Pretrial Conference At 11:00 A.M.:    August 6, 2007

21  3.    Preliminary Pretrial Conference Statements Due:    July 27, 2007

22

23  ///

24

25  ///

26

27  ///

28

LEGAL_US_W # 55531398.2

4.      Cross-Motions for Summary Judgment:                    April 30, 2007

5.      Opposition to Cross-Motions for Summary Judgment:     May 14, 2007

6.      Reply to Oppositions to Cross-Motions:                June 1, 2007

7.      Hearing Date for Cross-Motions for Summary Judgment:   June 18, 2007 at 9:00 A.M., ~~or~~

        ~~as determined by the Court.~~

8.      Trial Date:                                           To be determined by the

                                                              Court in the Preliminary Pre-
                                                              Trial Setting Conference.

DATED:  Jan. 29, 2007           STEPHEN H. HARRIS
                                CAROLINE L. ELKIN
                                PAUL, HASTINGS, JANOFSKY & WALKER LLP


                                By: _____/s/ Caroline L. Elkin_____
                                             CAROLINE L. ELKIN

                                Attorneys for Defendant
                                AT&T DISABILITY INCOME PLAN (formerly known as
                                SBC DISABILITY INCOME PLAN)

DATED:  Jan. 29, 2007           MELVYN D. SILVER
                                SILVER & TAUBE LAW OFFICES


                                By: _____/s/ Melvyn D. Silver_____
                                             MELVYN D. SILVER

                                Attorneys for Plaintiff
                                DAVID DAY


                          **[~~PROPOSED~~] ORDER**

            IT IS SO ORDERED.

DATED:   1/30/2007

                          By:_____
                                HONORABLE JAMES WARE
                          UNITED STATES DISTRICT COURT JUDGE

LEGAL_US_W # 55531398.2