ROBERT B. NICHOLS (SB# 224763)
nichols@nicholslawgroup.com
300 South First Street, Suite 205
San Jose, CA 95113
Telephone: (408) 298-9755
Facsimile: (408) 298-9699
Attorney for Plaintiff
DAVID DAY

STEPHEN H. HARRIS (SB# 184608)
stephenharris@paulhastings.com
CAROLINE L. ELKIN (SB# 209156)
carolineelkin@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
Attorneys for Defendant
AT&T DISABILITY INCOME PLAN
(formerly known as SBC DISABILITY INCOME PLAN)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | | |
|---|---|---|
| **DAVID DAY,** | ) | |
| **Plaintiff,** | ) | **Case No.  C 06 01740 JW** |
| | ) | |
| **vs.** | ) | |
| | ) | **JOINT STIPULATION AND** |
| | ) | XXXXXXXXXXX **AMENDMENT TO** |
| | ) | **SCHEDULING ORDER** |
| **SBC DISABILITY INCOME PLAN,** | ) | |
| **Defendant.** | ) | |

**JOINT STIPULATION AND PROPOSED AMENDMENT OF SCHEDULING ORDER**

WHEREAS, David Day has retained Robert B. Nichols to represent him;

WHEREAS, new counsel has requested additional time to review the file, become

familiar with the case, and prepare Mr. Day's Motion For Summary Judgment;

WHEREAS, new counsel will not need or request an additional continuance;

THEREFORE, all parties and their counsel stipulate to and request the Court's approval

of the following extended times and extended anticipated time for filing cross motions for

Summary Judgment.

1.  Cross Motions for Summary Judgment                July 2, 2007

---

REQUEST FOR EXTENSION OF TIME - Case No. C 06-01740 JW
LEGAL_US_W # 56082645.1

1  2. Opposition to Cross Motions for Summary Judgment      July 16, 2007

2  3. Reply to Oppositions to Cross Motions                 July 30, 2007

3  4. Hearing Date:                                         September 17, 2007 at 9:00 A.M., or

4                                                           as determined by the Court.

5      The parties stipulate to and request that the Court take off calendar the time for the

6  preliminary pretrial conference currently set for August 6, 2007 at 11:00 a.m. and the deadline

7  for preliminary pretrial conference statements currently set for July 27, 2007.

8      Should the case not be resolved on Cross Motions for Summary Judgment, the Court will

9  determine new dates for the preliminary pretrial conference, preliminary pretrial conference

10 statements, and the trial.

11     I, Robert B. Nichols, attest, pursuant to General Order No. 45, Rule X, that Melvyn D.

12 Silver concurred in the filing of this document.

13

14 Dated: April 23, 2007              **/s/ Robert B. Nichols**
                                      Robert B. Nichols
15                                    Attorneys for David Day

16 Dated: April 23, 2007              **/s/ Caroline L. Elkin**
                                      Stephen H. Harris
17                                    Caroline Elkin
                                      Paul, Hastings, Janofsky & Walker LLP
18                                    Attorneys for Defendant

19                                    **ORDER**

20
       IT IS ORDERED THAT:
21

22 1. Cross Motions for Summary Judgment shall be filed July 2, 2007; Oppositions filed July 16,

23 2007, and Reply Memoranda filed July 30, 2007.  The Hearing Date shall be September 17,

24 2007, at 9:00 A. M. or as determined by the Court.

25 2. The Court hereby removes from its calendar the preliminary pretrial conference currently set

26 for August 6, 2007 at 11:00 a.m. and the deadline for preliminary pretrial conference statements

27 currently set for July 27, 2007.

28

1     3. Should the case not be resolved on Cross Motions for Summary Judgment, the Court will

2     determine dates for the preliminary pretrial conference, preliminary pretrial conference

3     statements, and trial.

4              San Jose, California, this _ 24 _ day of _____ April _____, 2007.

5

6     _____
       JAMES WARE

7       UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28