```
 1  ROBERT B. NICHOLS (SB# 224763)
    nichols@nicholslawgroup.com
 2  300 South First Street, Suite 205
    San Jose, CA 95113
 3  Telephone: (408) 298-9755
    Facsimile: (408) 298-9699
 4  Attorneys for Plaintiff
    DAVID DAY
 5
    STEPHEN H. HARRIS (SB# 184608)
 6  stephenharris@paulhastings.com
    CAROLINE L. ELKIN (SB# 209156)
 7  carolineelkin@paulhastings.com
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
 8  515 South Flower Street
    Twenty-Fifth Floor
 9  Los Angeles, CA 90071-2228
    Telephone: (213) 683-6000
10  Facsimile: (213) 627-0705 Attorneys for Defendant
    AT&T DISABILITY INCOME PLAN
11  (formerly known as SBC DISABILITY INCOME PLAN)
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DAVID DAY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SBC DISABILITY INCOME PLAN,<br>　　　　Defendant. | Case No.  C 06 01740 JW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF FILING DATES FOR OPPOSITION AND REPLY BRIEFS FOR CROSS MOTIONS FOR SUMMARY JUDGMENT** |

　　　　WHEREAS, the parties filed cross-motions for summary judgment in the above-referenced matter on July 2, 2007;

　　　　WHEREAS, in the Court's Scheduling Order dated April 24, 2007, the opposition briefs for the parties' cross motions for summary judgment are due July 16, 2007 and the reply briefs are due July 30, 2007;

　　　　WHEREAS, the hearing date for the cross-motions for summary judgment is not until September 17, 2007;

1  WHEREAS, a scheduling conflict has unexpectedly arisen for defense counsel with
2  respect to the July 30, 2007 filing date;
3  WHEREAS, each party is eager to and has agreed to accommodate the other's scheduling
4  difficulties and both parties have agreed to a continuance of the two upcoming filing dates;
5  THEREFORE, all parties and their counsel stipulate to and request the Court's approval
6  for a continuance of the filing deadlines for opposition and reply briefs for the cross motions for
7  summary judgment as follows:

1. Opposition to Cross Motions for Summary Judgment      August 6, 2007
2. Reply to Oppositions to Cross Motions                 August 27, 2007

Unless otherwise ordered by the Court, the hearing will remain set for September 17, 2007 at 9:00 A.M.

Dated: July 11, 2007          **/s/ Robert B. Nichols**
                              Robert B. Nichols
                              Attorneys for David Day

Dated: July 11, 2007          **/s/ Caroline L. Elkin**
                              Stephen H. Harris
                              Caroline Elkin
                              Paul, Hastings, Janofsky & Walker LLP
                              Attorneys for Defendant

LEGAL_US_W # 56629855.1

JOINT STIPULATION FOR CONTINUANCE
AND [PROPOSED] ORDER
USDC ND CAL C06-01740 JW HRL

# [~~PROPOSED~~] ORDER

IT IS ORDERED THAT:

1. Oppositions to Cross Motions for Summary Judgment shall be filed August 6, 2007.

2. Replies to Cross Motions for Summary Judgment shall be filed August 27, 2007.

3. The Hearing Date shall remain September 17, 2007, at 9:00 A. M. or as otherwise determined by the Court.

San Jose, California, this __11__ day of ____July____, 2007.

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION FOR CONTINUANCE
AND [PROPOSED] ORDER
USDC ND CAL C06-01740 JW HRL

LEGAL_US_W # 56629855.1