ROBERT B. NICHOLS (SB# 224763)
nichols@nicholslawgroup.com
300 South First Street, Suite 205
San Jose, CA 95113
Telephone: (408) 298-9755
Facsimile: (408) 298-9699
Attorneys for Plaintiff
DAVID DAY

STEPHEN H. HARRIS (SB# 184608)
stephenharris@paulhastings.com
CAROLINE L. ELKIN (SB# 209156)
carolineelkin@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705 Attorneys for Defendant
AT&T DISABILITY INCOME PLAN
(formerly known as SBC DISABILITY INCOME PLAN)

**IT IS SO ORDERED**

*James Ware*

Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | | |
|---|---|---|
| DAVID DAY, | ) | Case No.  C 06 01740 JW |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **JOINT STIPULATION TO** |
| | ) | **EXTEND TIME FOR FILING** |
| | ) | **FEE APPLICATION** |
| SBC DISABILITY INCOME PLAN | ) | |
| Defendant. | ) | |

**JOINT STIPULATION REQUESTING EXTENSION OT TIME
TO FILE APPLICATION FOR ATTORNEY'S FEES**

WHEREAS, The Court on March 21, 2008, issued an Order Denying Defendant's

Motion For Summary Judgment; Granting and Denying in Part Plaintiff's Motion for Summary

Judgment; and Remanding for a determination of Plaintiff's Short Term Benefits.

WHEREAS, former Plaintiff Counsel filed a fee application on Thursday, April 3, 2008;

but current Plaintiff Counsel and Defendant are still discussing his fees and costs.

WHEREAS, present Plaintiff Counsel and Defendant may be able to resolve attorney's

fees and costs without burdening the Court with a motion.

THEREFORE, all parties and their counsel stipulate to and request the Court's approval of the following matter.

1.  To the extent they exist, any time limits on Plaintiff's Counsel for submitting an application for fees and costs are extended for 30 days.

Dated: April 3, 2008                      **/s/ Robert B. Nichols**
                                          Robert B. Nichols
                                          Attorneys for David Day

Dated:  April 3, 2008                     **/s/ Caroline L. Elkin**
                                          Stephen H. Harris
                                          Caroline L. Elkin
                                          Paul, Hastings, Janofsky & Walker LLP
                                          Attorney for Defendant

**ORDER**

**IT IS ORDERED THAT:**

1.  To the Extent they exist, any time limits on Plaintiff's Counsel for submitting an application for fees and costs are extended for 30 days.

San Jose, California, this __10__ day of ____April_____, 2007.

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE

REQUEST FOR EXTENSION OF TIME - Case No. C 06-01740 JW