IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| David Day, | NO. C 06-01740 JW |
| Plaintiff, | **ORDER STAYING CASE, SETTING FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| AT&T Disability Income Plan, | |
| Defendant. | |
| _____/ | |

In an Order dated March 21, 2008, the Court granted in part and denied in part Plaintiff's Motion for Summary Judgment. (See Docket Item No. 68.) The Court remanded the case to the Plan Administrator for a "determination of Plaintiff's claim for short-term disability benefits." (Id. at 12.) The Court set a Case Management Conference for June 23, 2008, and the parties have duly submitted their Joint Case Management Statement. (hereafter, "Joint Statement," Docket Item No. 98.)

Plaintiff now seeks a Court order declaring that he was disabled throughout the "own occupation" short-term-disability (STD) period. Alternatively, Plaintiff seeks (1) reinstatement of his long-term-disability (LTD) through entry of judgment without further showing; (2) a finding by the Court that he remained disabled from any occupation through entry of judgment, or (3) retention of jurisdiction and an additional remand for a determination by the Plan Administrator that he is entitled to LTD benefits through entry of Judgment. (Joint Statement at 3.) Plaintiff states that since

1 he had requested that the Plan Administrator consider the evidence of present disability for the STD
2 issue and informally on the LTD issue, he does not need to file a formal LTD application.  (Joint
3 Statement at 6.)

4 The Court finds Plaintiff's request that it determine whether he is entitled to LTD improper
5 since he has yet to filed his request for LTD with the Plan Administrator.  The Court finds that the
6 Plan Administrator should be allowed to make a determination regarding eligibility for LTD
7 benefits.  Accordingly, the Court STAYS this case to permit Plaintiff to proceed through the
8 administrative process with respect to a claim for LTD benefits.

9 Plaintiff shall submit his application for LTD benefits within ten (10) days from the date of
10 this Order.  Defendant shall determine the scope of benefits owed to Plaintiff within 90 days of the
11 date of Plaintiff's LTD application, which is the same amount of time provided for a Plan
12 Administrator to notify a claimant of a benefits determination under 29 C.F.R. § 2560.503-1(f).

13 In light of this Order, the Court VACATES the Case Management Conference currently
14 scheduled for June 23, 2008.  The parties shall appear for a Further Case Management Conference
15 on **October 6, 2008 at 10 a.m.**  Should the case be resolved, the parties shall notify the Court
16 accordingly and the conference will be vacated.  Pursuant to the Civil Local Rules of Court, the
17 parties shall file a Joint Case Management Statement on or before **September 26, 2008.**

19 Dated:  June 17, 2008

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Caroline Lee Elkin carolineelkin@paulhastings.com
Joseph Al Latham allatham@paulhastings.com
Robert Burton Nichols nichols@nicholslawgroup.com
Stephen Henry Harris stephenharris@paulhastings.com

**Dated: June 17, 2008**                                   **Richard W. Wieking, Clerk**

                                                **By:   /s/ JW Chambers**
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California