| | |
|---|---|
| ROBERT B. NICHOLS (SB# 224763)<br>nichols@nicholslawgroup.com<br>300 South First Street, Suite 205<br>San Jose, CA  95113<br>Telephone:  (408) 298-9755<br>Facsimile:   (408) 298-9699<br>Attorneys for Plaintiff<br>DAVID DAY | *E-FILED 7/17/08* |

STEPHEN H. HARRIS (SB# 184608)
stephenharris@paulhastings.com
CAROLINE L. ELKIN (SB# 209156)
carolineelkin@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071-2228
Telephone:  (213) 683-6000
Facsimile:   (213) 627-0705
Attorneys for Defendant
AT&T DISABILITY INCOME PLAN
(formerly known as SBC DISABILITY INCOME PLAN)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID DAY,<br><br>        Plaintiff,<br><br>    vs.<br><br>SBC DISABILITY INCOME PLAN,<br><br>        Defendant. | CASE NO. C06-01740-JW-RS<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO PROCEED BEFORE MAGISTRATE JUDGE ON ISSUE OF ATTORNEYS' FEES** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties hereby voluntarily consent to have United States Magistrate Judge Richard Seeborg conduct any and all further proceedings in this case involving plaintiff David Day's pending motion for attorneys' fees, including issuance of a final order on this issue. (Docket Item Nos. 80, 81). Appeal from the judgment shall be taken directly to the Court of Appeals for the Ninth Circuit.

Dated:     July 17, 2008          ROBERT B. NICHOLS


                                          /s/ Robert B. Nichols
                                   ─────────────────────────────
                                            Robert B. Nichols
                                   Attorney for Plaintiff
                                   David Day

Dated:     July 17, 2008          PAUL, HASTINGS, JANOFSKY & WALKER LLP


                                          /s/ Caroline L. Elkin
                                   ─────────────────────────────
                                            Caroline L. Elkin

                                   Attorneys for Defendant
                                   AT&T Disability Income Plan (formerly known as SBC Disability Income Plan)

**[~~PROPOSED~~] ORDER**

IT IS ORDERED THAT:

Any and all further proceedings in this case involving plaintiff David Day's pending motion for attorneys' fees, including issuance of a final order on this issue, shall be conducted by United States Magistrate Judge Richard Seeborg. Appeal from the judgment shall be taken directly to the Court of Appeals for the Ninth Circuit.

San Jose, California, this __17th__ day of __July__, 2008.

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE