IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| David Day, | No. C 06-01740 JW |
|     Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| SBC Disability Income Plan, | |
|     Defendant. | |

This case was scheduled for a Case Management Conference on October 6, 2008. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement and Proposed Order. Based on their joint submission, it appears that the Court and the parties will be better served by postponing the Case Management Conference. Accordingly, the October 6 case management conference is VACATED. The Court continues the Case Management Conference to **December 1, 2008 at 10:00 a.m.** Pursuant to Civil Local Rule 16-10(d), the parties shall file a Joint Case Management Statement with the Court on or before **November 21, 2008**.

Dated: October 2, 2008

                                              JAMES WARE
                                              United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Caroline Lee Elkin carolineelkin@paulhastings.com
Joseph Al Latham allatham@paulhastings.com
Robert Burton Nichols nichols@nicholslawgroup.com
Stephen Henry Harris stephenharris@paulhastings.com

**Dated: October 2, 2008**          **Richard W. Wieking, Clerk**

                                    **By: /s/ JW Chambers**
                                    **Elizabeth Garcia**
                                    **Courtroom Deputy**

2