ROBERT B. NICHOLS (SB# 224763)
nichols@nicholslawgroup.com
300 South First Street, Suite 205
San Jose, CA  95113
Telephone:  (408) 298-9755
Facsimile:   (408) 298-9699
Attorneys for Plaintiff
DAVID DAY

STEPHEN H. HARRIS (SB# 184608)
stephenharris@paulhastings.com
CAROLINE L. ELKIN (SB# 209156)
carolineelkin@paulhastings.com
MICHAEL S. NEWMN (SB# 256943)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071-2228
Telephone:  (213) 683-6000
Facsimile:   (213) 627-0705
Attorneys for Defendant
AT&T DISABILITY INCOME PLAN
(formerly known as SBC DISABILITY INCOME PLAN)

*IT IS SO ORDERED AS MODIFIED*
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID DAY,<br><br>           Plaintiff,<br><br>     vs.<br><br>SBC DISABILITY INCOME PLAN,<br><br>           Defendant. | CASE NO. C06-01740-JW-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE AND RESET STATUS CONFERENCE** |

On December 9, 2009, this Court remanded the issue of whether Plaintiff David Day's long-term disability benefits were subject to an offset.  The parties believe a status conference is not necessary at this time.  Accordingly, the parties request the Court vacate the status conference set for April 27, 2009 and reset it in late June 2009.

JOINT STIPULATION AND [PROPOSED] ORDER- Case No. C06-01740 JW RS
-1-

LEGAL_US_W # 61535973.1

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | Dated: | April 17, 2009 | ROBERT B. NICHOLS |

_____
Robert B. Nichols

Attorneys for Plaintiff
David Day

Dated:    April 17, 2009         PAUL, HASTINGS, JANOFSKY & WALKER LLP

_____
Michael S. Newman

Attorneys for Defendant
AT&T Disability Income Plan (formerly known as SBC Disability Income Plan)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID DAY,<br><br>          Plaintiff,<br><br>  vs.<br><br>SBC DISABILITY INCOME PLAN,<br><br>          Defendant. | CASE NO. C06-01740-JW-RS<br><br>[~~PROPOSED~~] ORDER |

Pursuant to the stipulation of the parties,

IT IS ORDERED THAT:

The Parties shall appear for a Further Case Management Conference on **June 22, 2009** at 10:00 a.m. Should the case be resolved, the Parties shall notify the Court accordingly, and the conference will be vacated. The Parties shall file a Joint Case Management Statement on or before **June 12, 2009.**

Dated: April 22, 2009

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE