*IT IS SO ORDERED AS MODIFIED*
*James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID DAY, | CASE NO. C06-01740-JW-RS |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| vs. | |
| AT&T DISABILITY INCOME PLAN, | |
| Defendant. | |

Pursuant to the stipulation of the parties,

IT IS ORDERED THAT:

The Status Conference set for June 22, 2009 is VACATED.  The Status Conference is hereby rescheduled to **October 19, 2009 at 10 a.m.**  On or before **October 9, 2009**, the Parties shall file a Joint Case Management Statement notifying the Court of the status of the remand and any resolution of the remand process.

Dated: June 16, 2009

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE