IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| David Day, | NO. C 06-01740 JW |
| Plaintiff, v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| AT&T Disability Income Plan, | |
| Defendant. | |

This case is scheduled for a Case Management Conference on October 19, 2009. The parties separately submitted Case Management Statements.[1]

In its Order following the December 1, 2008 Case Management Conference, the Court ordered as follows:

> The issue of whether Plaintiff's long-term disability benefits should be offset by Plaintiff's pension benefits is remanded to Defendant's Plan Administrator for a determination of whether Plaintiff's benefits are subject to such an offset pursuant to the terms of the Plan. The Plan Administrator shall make a determination on this issue within **ninety (90) days** of the issuance of this Order. See 29 C.F.R. § 2560.503-1(f).

(December 9, 2008 Order, Docket Item No. 113.)

To date, the Plan Administrator has not made a determination regarding this issue. (Plaintiff's Statement at 2; Defendant's Statement at 2.) Accordingly, the Court orders as follows:

(1) On or before **November 20, 2009**, Defendant's Plan Administrator shall make a

---

[1] (See Plaintiff's Case Management Statement, hereafter, "Plaintiff's Statement," Docket Item No. 118; Defendant's Case Management Statement, hereafter, "Defendant's Statement," Docket Item No. 119.)

determination on the issue of whether Plaintiff's long-term disability benefits should be offset by Plaintiff's pension benefits, and whether Plaintiff's benefits are subject to such an offset pursuant to the terms of the Plan.

(2) The Court continues the October 19, 2009 Case Management Conference to **December 7, 2009 at 10 a.m.** On or before **November 30, 2009**, the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, an update on the status of the remand and any resolution of the remand process.

Dated: October 15, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Caroline Lee Elkin carolineelkin@paulhastings.com
Joseph Al Latham allatham@paulhastings.com
Michael S. Newman mikenewman@paulhastings.com
Robert Burton Nichols nichols@nicholslawgroup.com
Stephen Henry Harris stephenharris@paulhastings.com

**Dated: October 15, 2009**                **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**