IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| David Day, | NO. C 06-01740 JW |
| Plaintiff, v. | **ORDER SETTING HEARING FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| AT&T Disability Income Plan, | |
| Defendant. | |

This case is scheduled for a Case Management Conference on December 7, 2009. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties separately submitted Case Management Statements and Proposed Orders. (See Docket Item Nos. 123-25.) In light of the parties' submissions, the Court VACATES the Case Management Conference and Orders as follows:

(1) The parties shall appear for a hearing on their anticipated cross-motions for summary judgment on **March 22, 2010 at 9 a.m.** The parties shall notice their motions in accordance with the Civil Local Rules of the Court.

(2) The Court will set a follow Case Management Conference in its Order addressing the anticipated cross-motions, if necessary.

(3) On or before **December 7, 2009**, Defendant shall file and serve all counsel a complete copy of the administrative record from the last filing to present.

Dated: December 2, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Caroline Lee Elkin carolineelkin@paulhastings.com
Gayle Alana Goldman gaylegoldman@paulhastings.com
Joseph Al Latham allatham@paulhastings.com
Michael S. Newman mikenewman@paulhastings.com
Robert Burton Nichols nichols@nicholslawgroup.com

**Dated: December 2, 2009**                  **Richard W. Wieking, Clerk**

                                                   **By:   /s/ JW Chambers**
                                                                  **Elizabeth Garcia**
                                                                  **Courtroom Deputy**