1   ROBERT B. NICHOLS (SB# 224763)
    nichols@nicholslawgroup.com
2   300 South First Street, Suite 205
    San Jose, CA  95113
3   Telephone:  (408) 298-9755
    Facsimile:  (408) 298-9699
4   Attorneys for Plaintiff
    DAVID DAY
5
    STEPHEN H. HARRIS (SB# 184608)
6   stephenharris@paulhastings.com
    CAROLINE L. ELKIN (SB# 209156)
7   carolineelkin@paulhastings.com
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
8   515 South Flower Street
    Twenty-Fifth Floor
9   Los Angeles, CA  90071-2228
    Telephone:  (213) 683-6000
10  Facsimile:  (213) 627-0705
    Attorneys for Defendant
11  AT&T DISABILITY INCOME PLAN
    (formerly known as SBC DISABILITY INCOME PLAN)

IT IS SO ORDERED AS MODIFIED

*James Ware*

Judge James Ware

2/11/2010

12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16

17  DAVID DAY,                              CASE NO. C06-01740-JW

18              Plaintiff,                  **JOINT STIPULATION AND [PROPOSED]
                                            ORDER FOR CONTINUANCE OF FILING**
19      vs.                                 **DATE FOR OPENING BRIEFS FOR
                                            CROSS MOTIONS FOR SUMMARY**
20  SBC DISABILITY INCOME PLAN,             **JUDGMENT**

21              Defendant.

22

23          WHEREAS, in the Court's Order Setting Hearing for Cross-Motions for Summary

24  Judgment dated December 2, 2009, the Court set the hearing on cross-motions for summary

25  judgment in the above-referenced matter for March 22, 2010;

26          WHEREAS, pursuant to the Civil Local Rules of the Court, the parties understand the

27  filing deadline for the cross-motions for summary judgment to be February 12, 2010;

28
                                            JOINT STIPULATION FOR CONTINUANCE
                                            AND [PROPOSED] ORDER
                                            USDC ND CAL C06-01740 JW

LEGAL_US_W # 63832899.1

1  WHEREAS, Defendant is prepared to file its motion for summary judgment on February

2  12, 2010, but Plaintiff's counsel, Robert B. Nichols, needs additional time to file Plaintiff's

3  motion for summary judgment;

4  WHEREAS, Plaintiff asked Defendant to stipulate to extend the time to file the opening

5  briefs for the cross-motions for summary judgment to February 16, 2010, and Defendant agreed

6  to accommodate Plaintiff's request;

7  WHEREAS, the parties agree that the Civil Local Rules of the Court shall continue to

8  apply to the filing deadlines for the opposition and reply briefs for the cross motions for summary

9  judgment, which dates will remain unchanged despite this stipulation regarding the opening

10  briefs;

11  THEREFORE, all parties and their counsel stipulate to and request the Court's approval

12  for a continuance of the filing deadline for the opening briefs for the cross motions for summary

13  judgment to February 16, 2010 and unless otherwise ordered by the Court, the hearing will

14  remain set for March 22, 2010 at 9:00 A.M.

15

16  Dated:      February 4, 2010      ROBERT B. NICHOLS

17

18
                                                    /s/ Robert B. Nichols
19                                                  Robert B. Nichols

20                                          Attorneys for Plaintiff
                                            David Day

21  Dated:      February 4, 2010      PAUL, HASTINGS, JANOFSKY & WALKER LLP

22

23                                                  /s/ Caroline L. Elkin
                                                    Caroline L. Elkin
24

25                                          Attorneys for Defendant
                                            AT&T Disability Income Plan (formerly known as SBC
                                            Disability Income Plan)
26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DAVID DAY,

           Plaintiff,

   vs.

SBC DISABILITY INCOME PLAN,

          Defendant.

CASE NO. C06-01740-JW

[~~PROPOSED~~] ORDER AS MODIFIED BY THE COURT

     Pursuant to the stipulation of the parties,

IT IS ORDERED THAT:

     1. Opening Briefs for the Cross Motions for Summary Judgment shall be filed February 16, 2010.

     2. Opposition and Reply Briefs for the Cross Motions for Summary Judgment shall be filed according to the Civil Local Rules of the Court, notwithstanding the stipulation of the parties regarding the Opening Briefs. All briefing shall be completed by **March 19, 2010.**

     3. The Hearing Date is continued to **April 5, 2010 at 9:00 AM.**


     San Jose, California, this 11th day of February , 2010.

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION FOR CONTINUANCE
AND [~~PROPOSED~~] ORDER
USDC ND CAL C06-01740 JW