IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| David Day, | NO. C 06-01740 JW |
| Plaintiff, | **ORDER REFERRING MATTER TO MAGISTRATE JUDGE PAUL GREWAL FOR DISPOSITION** |
| v. | |
| AT&T Disability Income Plan, | |
| Defendant. | |

Presently before the Court is former Magistrate Judge Trumbull's Report and Recommendation Regarding Plaintiff's Second Motion for Attorney Fees, filed on November 29, 2010. (hereafter, "Report and Recommendation," Docket Item No. 209.) To date, no objections have been filed.

In the Report and Recommendation, Judge Trumbull requested that the parties file additional briefing with respect to the proper amount of fees and interest to be awarded, but did not set a schedule for such supplemental briefing. (Report and Recommendation at 2.) In light of Judge Trumbull's recent retirement, the Court re-refers this matter to Magistrate Judge Grewal for an updated Report and Recommendation after he has set deadlines for supplemental briefing and revises the current Report and Recommendation in accordance with the briefing.

Dated: December 15, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Caroline Lee Elkin carolineelkin@paulhastings.com
Joseph Al Latham allatham@paulhastings.com
Robert Burton Nichols nichols@nicholslawgroup.com

**Dated:  December 15, 2010**           **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers                    **
              **Elizabeth Garcia**
              **Courtroom Deputy**